# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UPMC PINNACLE *et al.*, | : | 1:19-cv-00298 |
| Plaintiffs, | : | |
| v. | : | Hon. John E. Jones III |
| JOSHUA D. SHAPIRO, in his official capacity as Attorney General of the Commonwealth of Pennsylvania, | : | |
| Defendant. | : | |

## ORDER

## April 25, 2019

In conformity with the Memorandum issued on April 24, 2019, it is hereby **ORDERED** that:

1. Defendant Joshua D. Shapiro's Motion to Dismiss, (Doc. 36), is **GRANTED**. Plaintiffs' Complaint, (Doc. 1), is **DISMISSED** without prejudice.

2. Plaintiffs' Motion for Preliminary Injunction, (Doc. 3), Robert B. Sklaroff, MD's Motion for Permission to Intervene, (Doc. 35), Hospital and Healthsystem Association of Pennsylvania's Motion to Intervene, (Doc. 49), and Plaintiffs' Motion to Compel Discovery, (Doc. 55), are **DISMISSED** as moot.

3. The Clerk of the Court **SHALL CLOSE** the file on this case.

/s/ John E. Jones III
John E. Jones III
United States District Judge